# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-02345-REB-KLM

ALDRA WILSON,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
HCC SPECIALITY UNDERWRITERS, INC., and
ASU INTERNATIONAL, LLC,

    Defendants.

## ORDER DISMISSING DEFENDANTS HCC SPECIALTY UNDERWRITERS, INC. AND ASU INTERNATIONAL, LLC, ONLY

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss HCC Specialty Underwriters, Inc. And ASU International, LLC** [#11] filed October 19, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendants, HCC Specialty Underwriters, Inc., and ASU International, LLC, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss HCC Specialty Underwriters, Inc. And ASU International, LLC** [#11] filed October 19, 2010, is **APPROVED**;

2. That plaintiff's claims against defendants, HCC Specialty Underwriters, Inc., and ASU International, LLC, are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants, HCC Specialty Underwriters, Inc., and ASU International, LLC, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated October 19, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge