**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02345-REB-KLM

ALDRA WILSON,

      Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter before me is the **Stipulation For Dismissal With Prejudice** [#20] filed January 21, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#20] filed January 21, 2011, is **APPROVED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated January 21, 2011, at Denver, Colorado.

                            **BY THE COURT:**

                            Robert E. Blackburn
                            United States District Judge